C. C. CRANFORD ET AL. v. W. W. BRYANT ET AL.

(Filed 8 May, 1929.)

APPEAL by defendants from *Oglesby, J.,* at July Term, 1928, of RANDOLPH. No error.

*J. A. Spence and H. M. Robins for plaintiffs.*
*Brittain & Brittain, Gold & York, and Charles W. McAnally for defendants.*

PER CURIAM. This is a civil action in which personal property was seized by the sheriff under proceedings in claim and delivery and replevied by the defendants. The only issue was as to the amount the plaintiffs were entitled to recover for the deterioration and detention of the property. We have examined the exceptions and find no error entitling the appellants to a new trial.

No error.